Jacqueline M. James, Esq. (CT29991)

**The James Law Firm, PLLC**

445 Hamilton Avenue, Suite 1102

White Plains, New York 10601 T: 914-358-6423

F: 914-358-6424

E-mail: jjames@jacquelinejameslaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>      Plaintiff,<br><br> v.<br><br>JOHN DOE subscriber assigned IP address 73.149.147.223,<br><br>      Defendant. | Civil Action No. 3:24-cv-01345-OAW |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**<u>WITHOUT PREJUDICE OF JOHN DOE</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 73.149.147.223 are voluntarily dismissed without prejudice.

Dated: January 16, 2025          Respectfully submitted,

                     By: <u>*/s/ Jacqueline M. James*</u>
                     Jacqueline M. James, Esq. (CT29991)
                     The James Law Firm, PLLC
                     *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system

By: <i>/s/ Jacqueline M. James</i>